LODGED
MAR 21 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 2 2007
CENTRAL DISTRICT OF CA
BY _____

SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOHN & SHIRLEY THYMES | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-93 5963 WJR (SHx) |
| v. | |
| METMOR FINANCIAL, INC, ET AL. | NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT |
| DEFENDANT(S). | |

JOHN A. THYMES, ET AL _____, plaintiff, attempted to file a pleading in the above-referenced matter. Attached for your review is a copy of:

☐ Complaint / Petition
☐ Other _____

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

☐ Bond in the amount of $_____ must be posted with the filing af any new action.
☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
☒ Court order is needed to file a new action.
☐ Court order is needed to file subsequent pleadings.
☐ Written authorization from the Chief Judge is required before filing of any document.
☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
☐ Other _____

DOCKETED ON CM
APR - 3 2007
BY _____ 024

===========================================================================

IT IS HEREBY ORDERED that plaintiff

☐ may
☒ may not

file the document presented in the above-referenced matter. See Order in CV93-5963 WJR.

APR - 2 2007
_____
Date

CHIEF United States District Judge ~~/Magistrate Judge~~
ALICEMARIE H. STOTLER

NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT
CV-115 (5/99)